IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMUNDO CARBAJAL, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE RETREAT AT BON SECOUR OWNERS ASSOCIATION, INC., and ANDY BAUER, <br><br> Defendants. | CIVIL ACTION NO.:  1:19-cv-287 |

## NOTICE OF REMOVAL

COMES NOW Defendant, Andy Bauer, Zoning Official for the City of Gulf Shores, Alabama, and hereby gives notice of removal of this action from the Circuit Court of Baldwin County, Alabama to the United States District Court for the Southern District of Alabama, Southern Division, on the following grounds:

1. On or about August 3, 2017, Plaintiff, Raymundo Carbajal, Jr., filed suit in the Circuit Court of Baldwin County, Alabama, against Defendants German F. Moran and Tammy Swarthout in Civil Action No. 05-CV-2017-900876.00, alleging trespass and seeking injunctive relief.

2. On or about June 14, 2018, Plaintiff filed his First Amended Complaint adding Defendant The Retreat at Bon Secour Owners Association, Inc. and Defendant Andy Bauer in his official capacity as Zoning Official for the City of Gulf Shores.  Plaintiff sought an order declaring the City's zoning prohibition against short-term vacation rentals inapplicable to his property in Bon Secour Village and sought to enjoin Bauer from enforcing this zoning prohibition.

3. On or about April 17, 2019, Plaintiff filed a Second Amended Complaint that dismissed his trespass claims but added an intentional interference with business relationships claim against Defendants Moran and Swarthout.

4. On or about May 28, 2019, Plaintiff filed a Third Amended Complaint. Under Count Eight (8), Paragraph Eighty-Two (82), Plaintiff alleges a federal question cause-of-action under the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution. Plantiff claims that the City's revised zoning ordinance, relating to the prohibition of short-term vacation rentals in specific areas of the City, violates the Equal Protection Clause of the Fourteenth Amendment because there is no rational basis for treating Bon Secour Village differently than similarly situated properties in the City of Gulf Shores.

5. Plaintiff's Third Amended Complaint constitutes a civil action founded on a claim arising out of or under the Constitution, treaties or laws of the United States pursuant to 28 U.S.C. §1331.

6. The allegation made in Plaintiff's Third Amended Complaint asserting a violation of the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution confers original jurisdiction on the United States District Court pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1441(a).

7. Plaintiff's state law claims and his §1331 federal question claim may be properly joined under 28 U.S.C. §1441(c)(1) and the entire case removed to the United States District Court.

8. Filed concurrently herewith are copies of all processes, pleadings and other orders served upon the Defendants in compliance with 28 U.S.C. §1446(a).

Respectfully submitted:

**s/Melissa P. Hunter**
MELISSA P. HUNTER   (PIG003)
mhunter@gallowayllp.com
ANDREW J. RUTENS  (RUT009)
arutens@gallowayllp.com
GALLOWAY, WETTERMARK
    & RUTENS, LLP
Post Office Box 16629
Mobile, Alabama  36616-0629
PH: (251)476-4493
FX: (251)479-5566
*Attorneys for Defendant Andy Bauer*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send notification of such filing to the following:

Allan R. Chason, Esq.
Joseph D. Thetford, Jr.
Mr. Julian B. Brackin, Jr.
Richard E. Davis, Esq.
Richard E. Davis, Jr., Esq.
J. Thomas Pilcher, IV, Esq.
Jeffry N. Gale, Esq.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-AlaFile participants:

Tamie Swarthout
2605 Seringny Street
Gulf Shores, Alabama  36542

**s/Melissa P. Hunter**